# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-1973
LT Case No. 05-2021-CF-046253-A

———————————————————

JAMES MICHAEL VESSENMEYER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

3.850 Appeal from the Circuit Court for Brevard County.
D. Curtis Jacobus, Judge.

A. Michael Bross, of Bross & Savy, PLLC, West Melbourne, for Appellant.

James Uthmeier, Attorney General, Tallahassee, Kurt T. Koehler, Assistant Attorney General, Daytona Beach, for Appellee.

November 20, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____